```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/28/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERMES HOXHA and BESART MJEKU, on behalf of themselves and all others similarly situated,

                     Plaintiffs,

-against-

ZERO OTTO NOVE INC. d/b/a TRATTORIA ZERO OTTO NOVE and ROBERTO PACIULLO,

                     Defendants.

19 Civ. 11652 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On January 3, 2020, the Court ordered the parties to submit a joint letter and proposed case management plan by April 27, 2020. ECF No. 9. Those submissions are now overdue. Accordingly, it is ORDERED that by **April 29, 2020**, the parties shall submit their overdue filings.

      The conference scheduled for May 4, 2020, at 11:00 a.m. will proceed telephonically. The parties are each directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

      SO ORDERED.

Dated: April 28, 2020
       New York, New York

                                               ANALISA TORRES
                                   United States District Judge