```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
HERMES HOXHA and BESART MJEKU, on behalf of themselves and all others similarly situated,

                      Plaintiffs,

-against-

ZERO OTTO NOVE INC. d/b/a TRATTORIA ZERO OTTO NOVE and ROBERTO PACIULLO,

                      Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/2020
```

19 Civ. 11652 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The conference scheduled for November 30, 2020, at 11:00 a.m. is RESCHEDULED to **November 30, 2020, at 10:20 a.m.** The conference will proceed telephonically. The parties are each directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

    On May 5, 2020, the Court ordered the parties to submit a joint status report by November 23, 2020. ECF No. 21. That submission is now overdue. Accordingly, by **November 27, 2020**, the parties shall submit their overdue filings.

    SO ORDERED.

Dated: November 24, 2020
       New York, New York

                                            ANALISA TORRES
                                  United States District Judge