```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/30/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERMES HOXHA and BESART MJEKU, on behalf of themselves and all others similarly situated,

                        Plaintiffs,

-against-

ZERO OTTO NOVE INC. d/b/a TRATTORIA ZERO OTTO NOVE and ROBERTO PACIULLO,

                        Defendants.

19 Civ. 11652 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' joint status letter reporting that discovery is still ongoing, even though the fact discovery deadline was set for November 13, 2020, and the parties failed to request any extension of that deadline. ECF No. 24; ECF No. 21 ¶ 5. Accordingly, the conference scheduled for November 30, 2020, at 10:20 a.m. is ADJOURNED to **January 20, 2021**, at **10:00 a.m.** The conference will proceed telephonically. The parties are each directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827. By **January 13, 2021**, the parties shall submit a joint status letter.

      By **December 31, 2020**, all fact discovery shall be completed. No further extensions shall be granted except for good cause shown. Any request for summary judgment will be deemed untimely unless a request for a pre-motion conference is made <u>within 14 days of the close of fact discovery.</u>

      SO ORDERED.

Dated: November 30, 2020
          New York, New York

                                                      ANALISA TORRES
                                               United States District Judge