UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

HERMES HOXHA and BESART MJEKU, on behalf of themselves and all others similarly situated,

       Plaintiffs,      **19 Civ. 11652 (AT)(OTW)**

  -against-

ZERO OTTO NOVE INC. d/b/a TRATTORIA ZERO OTTO NOVE and ROBERTO PACIULLO,  **OFFER OF JUDGMENT**

       Defendants.

------------------------------------------------------------ X

Pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Rule 68"), defendants Zero Otto Nove Inc. d/b/a Trattoria Zero Otto Nove and Roberto Paciullo (collectively, "Defendants"), by their attorney the Law Offices of Michell S. Segal, P.C., hereby offer to allow judgment in this action to be taken against them, jointly and severally, in favor of plaintiffs Hermes Hoxha and Besart Mjeku (collectively, "Plaintiffs") in the sum of ninety-two thousand dollars and zero cents ($92,000) in full and final resolution of all of Plaintiffs' claims against Defendants for unpaid wages, withheld gratuities, liquidated damages, statutory damages, interests, costs, fees, reasonable attorneys' fees and costs, and all other expenses arising out of or otherwise related to the facts and transactions alleged in the above-captioned action. If Plaintiffs accept this Offer of Judgment, Defendants shall pay the sum of $92,000 to them and to their attorneys within four weeks (4) weeks of the filing of their acceptance of this Offer of

Judgment. Defendants shall not make any other or further payments to either Plaintiff or to their attorneys.

This Offer of Judgment is made for the purposes specified in Rule 68, and neither this Offer of Judgment nor any judgment that may result from it can be construed as an admission of liability on the part of Defendants, or any of them, or that Plaintiffs have suffered any damages.

Acceptance of this Offer of Judgment will act to release and discharge Defendants from any and all claims that were or could have been alleged by Plaintiffs in this action, including any and all claims under the New York Labor Law and Fair Labor Standards Act. Pursuant to Rule 68, this Offer of Judgment shall be deemed withdrawn unless Plaintiffs serve written notice of their acceptance within fourteen (14) days of the date on which this Offer of Judgment was served. Any evidence of this Offer of Judgment shall be inadmissible except in any proceeding to enforce its terms.

Dated: New York, New York
February 16, 2021

          LAW OFFICES OF MITCHELL S. SEGAL, P.C.

By: _____/s/ Mitchell S. Segal_____
Mitchell S. Segal, Esq.
1129 Northern Boulevard, Ste. 404
Manhasset, New York 11030
Tel.: (516) 415-0100
msegal@segallegal.com
*Attorney for Defendants*

TO: Louis Pechman, Esq.
Gianfranco J. Cuadra, Esq.
Pechman Law Group PLLC
488 Madison Avenue, 17th Fllor
New York, NY 10022
Tel.: (212) 583-9500
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
HERMES HOXHA and BESART MJEKU, on behalf of :
themselves and all others similarly situated, :
           :
           :
                              Plaintiffs,    :   19 Civ. 11652 (AT)(OTW)
           :
       -against-              :
           :
           :   **AFFIDAVIT OF SERVICE**
ZERO OTTO NOVE INC. d/b/a TRATTORIA ZERO :
OTTO NOVE and ROBERTO PACIULLO,    :
           :
           :
                              Defendants.    :
------------------------------------------------------------ X

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

Mitchell S. Segal, an attorney admitted to practice before the courts of the State of New York and the Southern District of New York, being duly sworn, deposes and says:

I am over 18 years of age, reside in Suffolk County, New York, and am not a party to this action.

On February 16, 2021, I served Defendants' Rule 68 Offer of Judgment in the above-referenced matter by email to the following designated attorneys for Plaintiffs authorized to accept service:

Louis Pechman, Esq.
Gianfranco J. Cuadra, Esq.
Pechman Law Group PLLC
488 Madison Avenue, 17th Floor
New York, NY 10022
pechman@pechmanlaw.com
cuadra@pechmanlaw.com
*Attorneys for Plaintiffs*

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the

foregoing is true and correct.

_____
Mitchell S. Segal