UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
HERMES HOXHA and BESART MJEKU, on behalf :
of themselves and all others similarly situated,
                                                                     :
                      Plaintiffs,   :    **19 Civ. 11652 (OTW)**
                                                                     :
    -against-                                           :
                                                                     :
ZERO OTTO NOVE INC. d/b/a TRATTORIA          :     **(~~PROPOSED~~) JUDGMENT**
ZERO OTTO NOVE and ROBERTO PACIULLO,      :
                                                                     :
                     Defendants.  :
-------------------------------------------------------------------- X

    The Court orders that:

    Plaintiffs Hermes Hoxha and Besart Mjeku recover from Defendants Zero Otto Nove Inc. and Roberto Paciullo, jointly and severally, the total amount of ninety-two thousand dollars ($92,000), inclusive of attorneys' fees and costs, as set forth in the accepted offer of judgment (ECF No. 38).

Dated:  New York, New York
          February 22, 2021

_____
**Ona T. Wang**
United States Magistrate Judge
Southern District of New York